UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

|  |  |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| - v. - | 23 Cr.   172 |
| EDWIN SKEPPLE, |  |
| Defendant. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## COUNT ONE
### (Making False Statements to the SBA)

The United States Attorney charges:

1.     From at least in or about July 2020 through at least in or about August 2020, in the Southern District of New York and elsewhere, EDWIN SKEPPLE, the defendant, made a statement knowing it to be false, for the purpose of obtaining for himself and for an applicant a loan, and extension thereof by renewal, deferment of action, and otherwise, and the acceptance, release, and substitution of security therefor, and for the purpose of influencing in a way the action of the United States Small Business Administration ("SBA"), and for the purpose of obtaining money, property, and a thing of value, under Chapter 14A of Title 15 of the United States Code, to wit, SKEPPLE made false statements in loan applications to the SBA to obtain loans through the Economic Injury Disaster Loan program administered by the SBA.

(Title 15, United States Code, Section 645(a).)

*Damian Williams*

DAMIAN WILLIAMS
United States Attorney