# TILEM & ASSOCIATES, PC

188 East Post Road - 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833-9788
www.tilemlawfirm.com

**Partners**
Peter H. Tilem, Esq.*
**Associates**
Cindy N. Brown, Esq. #
Robert M. Schechter, Esq. ♦
Nicole D. Walker, Esq. #
**Of Counsel**
Jasmine Hernandez, Esq. #

\# Admitted in NY
\* Admitted in NY & CT
♦ Admitted in NY, DC & US Tax Court

May 13, 2024

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Application GRANTED. The Clerk of Court is directed to terminate Docket No. 34.*

*SO ORDERED.*

*May 14, 2024*

Re:   United States v. Edwin Skepple, 23 Cr. 172 (JMF)

Your Honor,

    We are asking that Your Honor Order that the passport currently held by Pretrial Services be released to Mr. Skepple. Pretrial Services has Mr. Skepple's passport, and they indicated they cannot return it to Mr. Skepple without a Court Order. Pretrial Services will be sending it to the Department of State if the Court does not Order it returned.

    Probation Officer Erica Cudina has indicated that she has no objection to returning the passport to Mr. Skepple. The United States Attorney's Office does not object to this request.

Sincerely,

Robert M. Schechter, Esq.
Tilem & Associates, PC
188 East Post Road, Suite 300
White Plains, NY 10601
RSCHECHTER@tilemlawfirm.com
(914) 833 9785

*All Parties via Ecf*